165 So. 403

**Ollie, alias Jack, JOHNSON v. STATE.**

**3 Div. 160.**

Supreme Court of Alabama.

Jan. 23, 1936.

H. C. Rankin, of Brewton, for petitioner. A. A. Carmichael, Atty. Gen., for the State.

KNIGHT, Justice.

Petition of Ollie, alias Jack, Johnson for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Johnson v. State, 165 So. 402.

Writ denied.

ANDERSON, C. J., and THOMAS, and BROWN, JJ., concur.